# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

147785(43)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHAEL CHARLES WARD,
        Plaintiff-Appellant,

v

                             SC: 147785
                             COA: 313557

CARSON CITY CORRECTIONAL FACILITY
WARDEN, DEPARTMENT OF CORRECTIONS,
and STATE OF MICHIGAN,
        Defendants-Appellees.

Montcalm CC: 2012-016317-AH

_____/

      On order of the Court, the motion for reconsideration of this Court's January 31, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



p0421

Clerk